No. 98–2053. COLACURCIO ET AL. v. CITY OF KENT. C. A. 9th Cir. Certiorari denied.

No. 99–220. DCR, INC., ET AL. v. PIERCE COUNTY. Ct. App. Wash. Certiorari denied.

No. 99–356. CITY OF JACKSONVILLE v. LADY J. LINGERIE, INC., ET AL. C. A. 11th Cir. Certiorari denied.

No. 99–881. GOOD v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 99–941. FORTE v. DEPARTMENT OF VETERANS AFFAIRS. C. A. Fed. Cir. Certiorari denied.

No. 99–1089. DEW ET AL. v. UNITED STATES ET AL. C. A. 2d Cir. Certiorari denied.

No. 99–1110. MAFRIGE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 99–1123. CUTSHALL v. SUNDQUIST, GOVERNOR OF TENNESSEE. C. A. 6th Cir. Certiorari denied.

No. 99–1134. MELKA MARINE, INC. v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 99–1143. SOFAER v. DISTRICT OF COLUMBIA COURT OF APPEALS ET AL. Ct. App. D. C. Certiorari denied.

No. 99–1210. NOORILY ET AL. v. THOMAS & BETTS CORP. ET AL. C. A. 3d Cir. Certiorari denied.

No. 99–1247. STIMPSON v. CITY OF TUSCALOOSA ET AL. C. A. 11th Cir. Certiorari denied.

No. 99–1250. HARRIS ET UX. v. JACKSON ROAD CO. Sup. Ct. Ohio. Certiorari denied.